UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

    Oliver A. Satchell                                               Case No 1-14-45232-ess

                                                                                Chapter 13

                          Debtor.
-------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that the undersigned appears for Ocwen Loan Servicing, LLC, as servicer for Wells Fargo Bank, National Association as Trustee to Option One Mortgage Loan Trust 2007-1, Assest-Backed Certificates, Series 2007-1, by and through its counsel, RAS Boriskin, LLC, and such counsel hereby enters its appearance, and pursuant to §342 of the United States Bankruptcy Code and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, such counsel hereby requests that copies of all notices given or required to be given in this case be served upon the following persons at the address set forth below:

                                RAS BORISKIN, LLC
                                900 Merchants Concourse
                                Westbury, New York 11590
                                 Attn: Daniel Sullivan


Dated: _____
      Westbury, New York                                   Respectfully Submitted,

                                                        RAS Boriskin, LLC

                                                        /s/ Phillip Mahony
                                                        By: Phillip Mahony, Esq
                                                        900 Merchants Concourse
                                                        Westbury, New York 11590
                                                        Phone: (516) 280-7675 ext. 1116
                                                        PMahony@rasboriskin.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

    Oliver A. Satchell                                                   Case No 1-14-45232-ess

                                                                                      Chapter 13

                               Debtor.
-------------------------------------------------------X

**CERTIFICATE OF SERVICE**

       I, Daniel Sullivan, respectfully represent that I am over eighteen years of age and reside in the County of Suffolk, New York, and that on October _____, 2014, I served the within Notice of Appearance by depositing a true copy thereof, properly enclosed in a securely closed and duly post-paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Westbury, New York, directed as follows:

TO:

Oliver A. Satchell
797 Hendrix Street
Brooklyn, NY 11207

Karamvir Dahiya
Dahiya Law Offices, LLC
75 Maiden Lane
Suite 506
New York, NY 10038

Trustee
Marianne DeRosa
Standing Chapter 13 Trustee
115 Eileen Way
Suite 105
Syosset, NY 11791

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

*/s/ Daniel Sullivan*
Daniel Sullivan