# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 11/19/2014 |
| Case: 1−14−45232−ess | Form ID: 273 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
tr        Marianne DeRosa        Derosa@ch13mdr.com
aty        Karamvir Dahiya        karam@bankruptcypundit.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Oliver A. Satchell        797 Hendrix Street        Brooklyn, NY 11207

TOTAL: 1