# ENTERED IN ERROR

# DOCUMENT DOES NOT GET A NUMBER